UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 418-124 |
| ANGELA NICHOLSON ) | |
| ) | |
| Defendant ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 14th day of December, 2018.

HON. J. E. GRAHAM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA